IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**
JUN 20 2023
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY_____,DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> ZHENG FU ZHENG, ) <br>   a/k/a Zhe Fin Zhen, and ) <br> WEI LIN, ) <br> ) <br> Defendants. ) | No. **CR 23-256HE** <br><br> Violations: 21 U.S.C. § 846 <br> 21 U.S.C. § 853 |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
(Drug Conspiracy)

From on or about December 1, 2022, the exact date being unknown to the Grand Jury, through on or about May 15, 2023, in the Western District of Oklahoma and elsewhere,

--------------------------------------- ZHENG FU ZHENG,
   a/k/a Zhe Fin Zhen, and
WEI LIN ------------------------------------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with each other and others, both known and unknown to the Grand Jury, to interdependently possess with intent to distribute and to distribute 1,000 or more marihuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1 of this Indictment, **ZHENG FU ZHENG** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of such offense.

Upon conviction of the offense alleged in Count 1 of this Indictment, **WEI LIN** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of such offense.

The property subject to forfeiture includes, but is not limited to:

1. real property located at 500 East Russworm Drive, Watonga, Oklahoma, 73772;

2. approximately $102,010.00 in U.S. currency;

3. a 2017 Mercedes Benz GLC, bearing vehicle identification number (VIN) WDC0G6EB7HF150733; and

4. a Mitsubishi Forklift, model FG30K, bearing serial number AF13L30258.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

*[signature]*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

*[signature]*

WILSON D. McGARRY
Assistant United States Attorney